RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Jorge Luis Quiroz-Ruiz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jorge Luis Quiroz-Ruiz,<br><br>Petitioner,<br><br>v.<br><br>**John Mattos**, Warden of Nevada Southern Detention Center; **Ruben Leyva,** Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement; **Todd Lyons,** Acting Director of U.S. Immigration and Customs Enforcement; **Markwayne Mullins,** Secretary of the Department of Homeland Security; **Todd Blanche,** U.S. Attorney General,<br><br>Respondents. | Case No. 2:26-cv-02932-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion for Extension of Time to File Amended Petition**<br><br>**(FIRST REQUEST)** |

## POINTS AND AUTHORITIES

Petitioner Jorge Luis Quiroz-Ruiz, though undersigned counsel, requests the court extend the due date for his Amended Petition up to and including October 20, 2026. This is the first request for an extension.

The Court appointed the Federal Public Defender as counsel on September 15, 2026 (ECF No. 3), and the Amended Petition is due on October 6, 2026. Petitioner seeks a two-week continuance of this deadline.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Martin J. Mayer on October 1, 2026, to confer about this request for an extension. Respondents do not oppose this request.

This motion is not filed for the purpose of delay. Undersigned counsel has been diligently working on this matter and respectfully asks this Court to extend the time to file the Amended Petition by two weeks, from October 6, 2026, to October 20, 2026.

Dated October 5, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Allie Wilson*
Allie Wilson
Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED** this 6th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE